IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00035-MSK-KLM

GEORGE LABESKY,

    Plaintiff,

v.

SOVEREIGN BANCORP, INC., d/b/a SOVEREIGN BANK,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER comes before the Court upon the parties' Stipulated Motion to Dismiss With Prejudice **(#21).**[1]  The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#21) is GRANTED.**  This action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

DATED this 13th day of November, 2007.

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____
        Marcia S. Krieger
        United States District Judge

---

[1] The Motion does not refer to Fed.R.Civ.P. 41(a)(1) which pertains to a notice of settlement and for which no Order of Dismissal is issued.  However, because the text of the Motion clearly requests issuance of an Order, the Court regards the Motion as being brought pursuant to Fed.R.Civ.P. 41(a)(2).